# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-MC-00083-MOC-DSC

| | |
|---|---|
| **COMPOSITE RESOURCES, INC,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| **COMBAT MEDICAL SYSTEMS, LLC,** | ) |
| | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Bernie Ellis and Hunter Freeman]" (documents ## 20-21) filed June 13, 2019. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: June 16, 2019

David S. Cayer
United States Magistrate Judge